IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBIN O. WELLS, | ) | 8:10CV301 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NORFOLK REGIONAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. On December 15, 2010, the court ordered Plaintiff to apprise the court of his current address. (Filing No. 13.) In its Memorandum and Order, the court cautioned Plaintiff that failure to update his address by January 5, 2011, would result in dismissal without further notice. (*Id.*)

    Plaintiff has not responded to this court's December 15, 2010, Memorandum and Order and has not updated his address with the court. In addition, Plaintiff did not file an amended complaint in accordance with the court's December 2, 2010, Memorandum and Order. This case is therefore dismissed without prejudice.

    IT IS THEREFORE ORDERED that:

    1.    This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

    2.    A separate judgment will be entered in accordance with this Memorandum and Order.

    DATED this 25th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.